UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF BECKETT,

                Plaintiff,                        Case No. 10-CV-14667
                                                    HON. GEORGE CARAM STEEH

vs.

THE BANK OF NEW YORK MELLON CORP., *et al.*,

                Defendants.

_____/

## ORDER

        The court received telephone contact from plaintiff's counsel advising that the parties are close to settlement and anticipate dismissal with prejudice by mid-September.  The court has pending motions that the parties do not wish to address while settlement discussions are promising.

        Accordingly,

        The parties' pending motions [#7, #8, #9, #10] are dismissed without prejudice.  In the event a settlement is not reached, the parties shall notify the court.

        SO ORDERED.


Dated:  August 5, 2011

                                        s/George Caram Steeh_____
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record
by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk